| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Kalos Capital, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   58-2347396

**4. Debtor's address**

**Principal place of business**
11525 Park Woods Circle
Alpharetta, GA 30005
Number, Street, City, State & ZIP Code

Fulton
County

**Mailing address, if different from principal place of business**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Kalos Capital, Inc.** _____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5419__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor    **Kalos Capital, Inc.**                                                                                   Case number (*if known*)
             Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                    Relationship _____
District _____  When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                   ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201                   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                         page 3

Debtor    **Kalos Capital, Inc.**_____     Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Kalos Capital, Inc.**   Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 17, 2022**
              MM / DD / YYYY

X  **/s/ Carol Wildermuth**                              **Carol Wildermuth**
   Signature of authorized representative of debtor       Printed name

Title  **CFO**

**18. Signature of attorney**

X  **/s/ Marc P. Solomon**                  Date **October 17, 2022**
   Signature of attorney for debtor              MM / DD / YYYY

**Marc P. Solomon**
Printed name

**Burr & Forman LLP**
Firm name

**171 17th Street, NW**
**Suite 1100**
**Atlanta, GA 30363**
Number, Street, City, State & ZIP Code

Contact phone  **(205) 251-3000**    Email address  **msolomon@burr.com**

**666630 GA**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

# United States Bankruptcy Court
## Northern District of Georgia

In re    __Kalos Capital, Inc.__    Case No. _____

Debtor(s)    Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October 17, 2022__        __/s/ Carol Wildermuth__
                                      **Carol Wildermuth**/**CFO**
                                      Signer/Title

Agee Family Trust, Deep and Ra
2886 Wild Ginger Ct
Winter Park, FL 32792


Alan Rosca
Rocco Scarlato LLC
23250 Chagrin Blvd., Ste. 100
Beachwood, OH 44122


Albridge Solutions, Inc.
1800 American Blvd, Ste. 300
Pennington, NJ 08534


Andrew M. Greenridge, Esq.
EPPERSON & GREENIDGE, P.A.
20 South Olive Street, Ste 304
Media, PA 19063


Ashley Rousseau
7 Dunlap Drive
Bedford, NH 03110


Brian Edwin Lahti
Lahti Helfgott LLC
299 Main Street, Ste. 1300
Salt Lake City, UT 84111


Brian Uretzky & Erin Lavidor
c/o Haselkorn and Thibaut, P.A
375 South County Rd, Ste 220
Palm Beach, FL 33480


Catherine Stephenson
221 Redwood Drive
Coppell, TX 75019


Charles Roth
4349 Briggs Ave
The Villages, FL 32163

Chrissy Lee
2777 High Creek Run
Dacula, GA 30019


Christa Hibbard
Peiffer Wolf Carr Kane Conway
1150-J Pittsford Victor Rd
Pittsford, NY 14534


Christine Mescia
3 Finch Place Apt 3B
Huntington, NY 11743


Darren Kubiak
235 Overlook Park Lane
Lawrenceville, GA 30043


David Baublits
478 Dungeness Dr FI
Fox Island, WA 98333


Denise Callahan
c/o Peiffer Wolf Carr Kane Con
95 Allens Crk Rd Bldg 1 Ste150
Rochester, NY 14618


Dietrich P. Epperson, Esq.
EPPERSON & GREENIDGE, P.A.
20 South Olive Street, Ste 304
Media, PA 19063


Docupace
400 Corporate Pointe, Ste. 300
Culver City, CA 90230


Eric Weschke
11 Dorm Court
East Setauket, NY 11733

Gary Armentrout
7367 Mission Hills Drive
Las Vegas, NV 89113


Gary S. Menzer
Menzer & Hill, P.A.
7280 W Palmetto Pk Rd, Ste 203
Boca Raton, FL 33433


Geraldine O'Brien
703 Clayton Circle
Coppell, TX 75019


Ginger Smith
500 Woodlake Drive
Coppell, TX 75019


Grace A. Hancock
Peiffer Wolf Carr Kane Conway
1150-J Pittsford Victor Rd
Pittsford, NY 14534


Grace A. Hancock
Peiffer Wolf Carr Kane Conway
95 Allens Crk Rd Bldg 1 Ste150
Rochester, NY 14618


Harriette Isom
6934 Flat Creek Rd
College Grove, TN 37046


James P. Lucking
Lucking LLC
185 Devonshire Street, Ste 601
Boston, MA 02110


JAMS, Inc.
PO Box 845402
Los Angeles, CA 90084

Janice Stroh
11328 Vipond Dr NW
Gig Harbor, WA 98329


Jason J. Kane
Peiffer Wolf Carr Kane Conway
1150-J Pittsford Victor Rd
Pittsford, NY 14534


Jason J. Kane
Peiffer Wolf Carr Kane Conway
95 Allens Crk Rd Bldg 1 Ste150
Rochester, NY 14618


Jason S. Haselkorn, Esq.
Haselkorn and Thibaut, P.A.
375 South County Rd, Ste 220
Palm Beach, FL 33480


Jeffrey R. Sonn, Esq.
Sonn Law Group
19475 Biscayne Blvd., Ste. 607
Aventura, FL 33180


John & Sue Hutchins
137 Bay Street
Wolfeboro, NH 03894


Kalos Financial, Inc.
11525 Park Woods Circle
Alpharetta, GA 30005


Kathleen Parker
63 Dogwood Rd
Washington, NC 27889


Klenell Jensen
2961 Catiland Ct.
Salt Lake City, UT 84121

```
Larry Lyons
3135 New College Way
Cumming, GA 30041



Lee Beitchman
1570 Penwood Trace
Marietta, GA 30068



Matthew N. Thibaut Esq.
Haselkorn and Thibaut, P.A.
375 South County Rd, Ste 220
Palm Beach, FL 33480



MessageWatcher, LLC
7900 E. Union Ave., Ste 1100
Denver, CO 80237



Michael Haffling
10760 West 143 St., Ste. 64
Orland Park, IL 60462



MSRB
PO Box 79864
Baltimore, MD 21279-0864



N. Nancy Ghabai
Ghabai Law Group LLC
265 Franklin Street, Ste 1702
Boston, MA 02110



Nicholaus J. Guiliano, Esq.
The Guiliano Law Group, P.C.
1700 Market Street, Ste. 1005
Philadelphia, PA 19103



Overdorf Systems Consultants
SalesForce
120 Pierce Avenue
Hamburg, NY 14075
```

Pamela Gordan as Trustee for
1650 S. Williamston Rd
Williamston, MI 48895


Patrick Strubbe
700 Saturn Parkway
Columbia, SC 29212


Paul Scarlato
Rocco Scarlato LLC
161 Washington St, Ste 1025
Conshohocken, PA 19428


Randall & Jennifer Cullen
6710 Woodgate Rd
Middleton, WI 53562


RegEd
24969 Network Place
Chicago, IL 60673-1249


RegEd
2100 Gateway Centre Blvd.
Suite 200
Morrisville, NC 27560


Robert Watson
1101 Murray Creek Ln
Franklin, TN 37069


Ronald & Patricia Crouch
2117 Roayl Pines Dr
New Bern, NC 28560


Ronald Biggs
2070 Royal Pines Dr
New Bern, NC 28560

Sam B. Edwards
Shepherd, Smith, Edwards & Kan
1010 Lamar St, Ste 900
Houston, TX 77002


Sandra Goldschein
9338 E. Cherrywood Drive
Sun Lakes, AZ 85248


Steve Netzel
10450 E. Riggs Rd, Ste. 101
Sun Lakes, AZ 85248


Steve Zeece
205 Burke Avenue W.
Roseville, MN 55113


Steven & Deborah MacLean
275 Merrymount Court
Suwanee, GA 30024


Taylor Communication
PO Box 840655
Dallas, TX 75284-0655


Thomas and Cynthia Cochrane
102 Ketch Court, PO Box 144
Oriental, NC 28571


Timothy Zimcosky
37617 Pembroke Avenue
Livonia, MI 48152


Tom DeBow
Peiffer Wolf Carr Kane Conway
95 Allens Crk Rd Bldg 1 Ste150
Rochester, NY 14618

```
William B. Young, Jr., Esq.
Colling Gilbert Wright &Carter
801 N. Orange Ave., Ste 830
Orlando, FL 32801



William Jones
921 Crooked Creek Dr
New Bern, NC 28560



Zachary Zimcosky
37617 Pembroke Avenue
Livonia, MI 48152
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Kalos Capital, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kalos Capital, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Nouveau Jour Trust**
**1263 Ponte Vedra Blvd**
**Ponte Vedra Beach, FL 32082**

☐ None [*Check if applicable*]

**October 17, 2022**
Date

**/s/ Marc P. Solomon**
**Marc P. Solomon**
Signature of Attorney or Litigant
Counsel for   **Kalos Capital, Inc.**
**Burr & Forman LLP**
**171 17th Street, NW**
**Suite 1100**
**Atlanta, GA 30363**
**(205) 251-3000 Fax:(205) 458-5100**
**msolomon@burr.com**