**Fill in this information to identify the case:**

Debtor name    **Kalos Capital, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **22-58326**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $    **1,086,966.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $    **1,086,966.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **12,286.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **2,014,286.38**

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b    $    **2,026,572.38**

**Fill in this information to identify the case:**

Debtor name    **Kalos Capital, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **22-58326**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Renasant Bank** | **Checking** | 2441 | $335,752.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $335,752.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **National Financial Services - Custodian** | $75,000.00 |
| --- | --- | --- |

| 7.2. | **RBC - Custodian** | $75,000.00 |
| --- | --- | --- |

| Debtor | **Kalos Capital, Inc.** | Case number *(If known)* | **22-58326** |
|---|---|---|---|
| | Name | | |

| 7.3. | **MGL Consulting** | **$7,500.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** | **$157,500.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **51,922.00** | - | **0.00** | = .... | **$51,922.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Business Residuals**

| 11a. 90 days old or less: | **50,000.00** | - | **0.00** | = .... | **$50,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** | **$101,922.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:    % of ownership

| 15.1. | **GPB Automotive** | **100** % | **N/A** | **$141,236.00** |
|---|---|---|---|---|

| 15.2. | **GPB Holding II** | **100** % | **N/A** | **$340,556.00** |
|---|---|---|---|---|

| 15.3. | **GPB Holding I** | **100** % | **N/A** | **$0.00** |
|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Debtor    **Kalos Capital, Inc.**
_____    Case number *(If known)*  __22-58326__
Name

Describe:

17.    **Total of Part 4.**    | $481,792.00 |

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.    **Notes receivable**
Description (include name of obligor)

| Debtor | **Kalos Capital, Inc.** | Case number *(If known)* | **22-58326** |
|--------|--------------------------|---------------------------|--------------|
|        | Name                     |                           |              |

| **Andrew Long - Note** | 144,754.00 | - | 134,754.00 | = | $10,000.00 |
|------------------------|------------|---|------------|---|------------|
|                        | Total face amount |  | doubtful or uncollectible amount |  |  |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | $10,000.00 |
    |------------|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | **Kalos Capital, Inc.** | Case number *(If known)* | **22-58326** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $335,752.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $157,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $101,922.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $481,792.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,086,966.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,086,966.00 |

**Fill in this information to identify the case:**

Debtor name    **Kalos Capital, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **22-58326**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Kalos Capital, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**22-58326**__

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $5,400.00 | $5,400.00 |
|  | **Michael Haffling** |  |  |
|  | **10760 West 143 St., Ste. 64** |  |  |
|  | **Orland Park, IL 60462** |  |  |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/18/2022**

Basis for the claim:
**Agreement for 1099 Contractors**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| **2.2** | Priority creditor's name and mailing address | $4,996.00 | $4,996.00 |
|---|---|---|---|
|  | **Patrick Strubbe** |  |  |
|  | **700 Saturn Parkway** |  |  |
|  | **Columbia, SC 29212** |  |  |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/22/2022**

Basis for the claim:
**Agreement for 1099 Contractors**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,436.00 | $1,436.00 |
|---|---|---|---|---|

**Timothy Zimcosky**
**37617 Pembroke Avenue**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/29/2022**

Basis for the claim:
**Agreement for 1099 Contractors**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.00 | $454.00 |
|---|---|---|---|---|

**Zachary Zimcosky**
**37617 Pembroke Avenue**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/29/2022**

Basis for the claim:
**Agreement for 1099 Contractors**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Agee Family Trust, Deep and Ra**
**2886 Wild Ginger Ct**
**Winter Park, FL 32792**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  11/1/2021

Last 4 digits of account number

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.00 |
|---|---|---|---|

**Albridge Solutions, Inc.**
**1800 American Blvd, Ste. 300**
**Pennington, NJ 08534**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/7/2022

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Rousseau**
**7 Dunlap Drive**
**Bedford, NH 03110**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kalos Capital, Inc.** | Case number (*if known*) | **22-58326** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,000.00 |
|---|---|---|---|

**Brian Uretzky & Erin Lavidor**
**c/o Haselkorn and Thibaut, P.A**
**375 South County Rd, Ste 220**
**Palm Beach, FL 33480**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/8/2022**

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Catherine Stephenson**
**221 Redwood Drive**
**Coppell, TX 75019**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/1/2022**

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Roth**
**4349 Briggs Ave**
**The Villages, FL 32163**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/30/2022**

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $535,000.00 |
|---|---|---|---|

**Christine Mescia**
**3 Finch Place Apt 3B**
**Huntington, NY 11743**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/26/2021**

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Baublits**
**478 Dungeness Dr Fl**
**Fox Island, WA 98333**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/30/2021**

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Denise Callahan**
**c/o Peiffer Wolf Carr Kane Con**
**95 Allens Crk Rd Bldg 1 Ste150**
**Rochester, NY 14618**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/29/2021**

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Gary Armentrout**
**7367 Mission Hills Drive**
**Las Vegas, NV 89113**

Date(s) debt was incurred  6/17/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                           **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Geraldine O'Brien**
**703 Clayton Circle**
**Coppell, TX 75019**

Date(s) debt was incurred  4/1/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                      **$110,000.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Ginger Smith**
**500 Woodlake Drive**
**Coppell, TX 75019**

Date(s) debt was incurred  4/1/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                           **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Harriette Isom**
**6934 Flat Creek Rd**
**College Grove, TN 37046**

Date(s) debt was incurred  2/7/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                           **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

**JAMS, Inc.**
**PO Box 845402**
**Los Angeles, CA 90084**

Date(s) debt was incurred  9/12/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                        **$2,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Provided Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Janice Stroh**
**11328 Vipond Dr NW**
**Gig Harbor, WA 98329**

Date(s) debt was incurred  9/1/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                       **$98,500.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John & Sue Hutchins**
**137 Bay Street**
**Wolfeboro, NH 03894**

Date(s) debt was incurred  **6/17/2022**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kathleen Parker**
**63 Dogwood Rd**
**Washington, NC 27889**

Date(s) debt was incurred  **9/29/2021**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Klenell Jensen**
**2961 Catiland Ct.**
**Salt Lake City, UT 84121**

Date(s) debt was incurred  **11/1/2021**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,000.00** |
|---|---|---|---|

**Lee Beitchman**
**1570 Penwood Trace**
**Marietta, GA 30068**

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$999.65** |
|---|---|---|---|

**MSRB**
**PO Box 79864**
**Baltimore, MD 21279-0864**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Regulatory Charge**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$653,894.37** |
|---|---|---|---|

**Pamela Gordan as Trustee for**
**1650 S. Williamston Rd**
**Williamston, MI 48895**

Date(s) debt was incurred  **8/18/2021**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110,000.00** |

**Randall & Jennifer Cullen**
**6710 Woodgate Rd**
**Middleton, WI 53562**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/3/2021

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,027.74** |

**RegEd**
**24969 Network Place**
**Chicago, IL 60673-1249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/19/2022

Last 4 digits of account number __

Basis for the claim:  **Provided Services via Technology Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Robert Watson**
**1101 Murray Creek Ln**
**Franklin, TN 37069**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/17/2022

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ronald & Patricia Crouch**
**2117 Roayl Pines Dr**
**New Bern, NC 28560**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/29/2021

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ronald Biggs**
**2070 Royal Pines Dr**
**New Bern, NC 28560**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/29/2021

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Sandra Goldschein**
**9338 E. Cherrywood Drive**
**Sun Lakes, AZ 85248**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/17/2022

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Kalos Capital, Inc.**

Name

Case number (*if known*)  **22-58326**

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Netzel**
**10450 E. Riggs Rd, Ste. 101**
**Sun Lakes, AZ 85248**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/13/2021

Last 4 digits of account number __

Basis for the claim:  **Alleged Reputational Damages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,500.00 |
|---|---|---|---|

**Steve Zeece**
**205 Burke Avenue W.**
**Roseville, MN 55113**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  2/8/2022

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven & Deborah MacLean**
**275 Merrymount Court**
**Suwanee, GA 30024**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  7/21/2021

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,564.62 |
|---|---|---|---|

**Taylor Communication**
**PO Box 840655**
**Dallas, TX 75284-0655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number __

Basis for the claim:  **Provided Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas and Cynthia Cochrane**
**102 Ketch Court, PO Box 144**
**Oriental, NC 28571**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/29/2021

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Jones**
**921 Crooked Creek Dr**
**New Bern, NC 28560**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/29/2021

Last 4 digits of account number __

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **Kalos Capital, Inc.** | Case number *(if known)* | **22-58326** |
|---|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan Rosca**<br>**Rocco Scarlato LLC**<br>**23250 Chagrin Blvd., Ste. 100**<br>**Beachwood, OH 44122** | Line **3.11**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Alan Rosca**<br>**Rocco Scarlato LLC**<br>**23250 Chagrin Blvd., Ste. 100**<br>**Beachwood, OH 44122** | Line **3.12**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Alan Rosca**<br>**Rocco Scarlato LLC**<br>**23250 Chagrin Blvd., Ste. 100**<br>**Beachwood, OH 44122** | Line **3.5**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Andrew M. Greenridge, Esq.**<br>**EPPERSON & GREENIDGE, P.A.**<br>**20 South Olive Street, Ste 304**<br>**Media, PA 19063** | Line **3.22**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Andrew M. Greenridge, Esq.**<br>**EPPERSON & GREENIDGE, P.A.**<br>**20 South Olive Street, Ste 304**<br>**Media, PA 19063** | Line **3.21**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Brian Edwin Lahti**<br>**Lahti Helfgott LLC**<br>**299 Main Street, Ste. 1300**<br>**Salt Lake City, UT 84111** | Line **3.18**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Christa Hibbard**<br>**Peiffer Wolf Carr Kane Conway**<br>**1150-J Pittsford Victor Rd**<br>**Pittsford, NY 14534** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Dietrich P. Epperson, Esq.**<br>**EPPERSON & GREENIDGE, P.A.**<br>**20 South Olive Street, Ste 304**<br>**Media, PA 19063** | Line **3.22**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Dietrich P. Epperson, Esq.**<br>**EPPERSON & GREENIDGE, P.A.**<br>**20 South Olive Street, Ste 304**<br>**Media, PA 19063** | Line **3.21**<br>☐ Not listed. Explain ____ | __ |
| 4.10 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.10**<br>☐ Not listed. Explain ____ | __ |
| 4.11 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.27**<br>☐ Not listed. Explain ____ | __ |
| 4.12 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.16**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | 22-58326 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**1150-J Pittsford Victor Rd**<br>**Pittsford, NY 14534** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **James P. Lucking**<br>**Lucking LLC**<br>**185 Devonshire Street, Ste 601**<br>**Boston, MA 02110** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**1150-J Pittsford Victor Rd**<br>**Pittsford, NY 14534** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Kalos Capital, Inc.**
_____
Name

Case number *(if known)*  **22-58326**
_____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.25  **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line  **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26  **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27  **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28  **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line  **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29  **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line  **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30  **Jason S. Haselkorn, Esq.**<br>**Haselkorn and Thibaut, P.A.**<br>**375 South County Rd, Ste 220**<br>**Palm Beach, FL 33480** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31  **Jason S. Haselkorn, Esq.**<br>**Haselkorn and Thibaut, P.A.**<br>**375 South County Rd, Ste 220**<br>**Palm Beach, FL 33480** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32  **Jeffrey R. Sonn, Esq.**<br>**Sonn Law Group**<br>**19475 Biscayne Blvd., Ste. 607**<br>**Aventura, FL 33180** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33  **Matthew N. Thibaut Esq.**<br>**Haselkorn and Thibaut, P.A.**<br>**375 South County Rd, Ste 220**<br>**Palm Beach, FL 33480** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34  **Matthew N. Thibaut Esq.**<br>**Haselkorn and Thibaut, P.A.**<br>**375 South County Rd, Ste 220**<br>**Palm Beach, FL 33480** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35  **N. Nancy Ghabai**<br>**Ghabai Law Group LLC**<br>**265 Franklin Street, Ste 1702**<br>**Boston, MA 02110** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36  **Nicholaus J. Guiliano, Esq.**<br>**The Guiliano Law Group, P.C.**<br>**1700 Market Street, Ste. 1005**<br>**Philadelphia, PA 19103** | Line  **3.29**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | | |
|---|---|---|
| 4.37 | **Paul Scarlato**<br>**Rocco Scarlato LLC**<br>**161 Washington St, Ste 1025**<br>**Conshohocken, PA 19428** | Line **3.11** ___<br>☐ Not listed. Explain ____ |
| 4.38 | **Paul Scarlato**<br>**Rocco Scarlato LLC**<br>**161 Washington St, Ste 1025**<br>**Conshohocken, PA 19428** | Line **3.12** ___<br>☐ Not listed. Explain ____ |
| 4.39 | **Paul Scarlato**<br>**Rocco Scarlato LLC**<br>**161 Washington St, Ste 1025**<br>**Conshohocken, PA 19428** | Line **3.5** ___<br>☐ Not listed. Explain ____ |
| 4.40 | **Sam B. Edwards**<br>**Shepherd, Smith, Edwards & Kan**<br>**1010 Lamar St, Ste 900**<br>**Houston, TX 77002** | Line **3.30** ___<br>☐ Not listed. Explain ____ |
| 4.41 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.32** ___<br>☐ Not listed. Explain ____ |
| 4.42 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.26** ___<br>☐ Not listed. Explain ____ |
| 4.43 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.9** ___<br>☐ Not listed. Explain ____ |
| 4.44 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.17** ___<br>☐ Not listed. Explain ____ |
| 4.45 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.25** ___<br>☐ Not listed. Explain ____ |
| 4.46 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.33** ___<br>☐ Not listed. Explain ____ |
| 4.47 | **William B. Young, Jr., Esq.**<br>**Colling Gilbert Wright &Carter**<br>**801 N. Orange Ave., Ste 830**<br>**Orlando, FL 32801** | Line **3.1** ___<br>☐ Not listed. Explain ____ |
| 4.48 | **William B. Young, Jr., Esq.**<br>**Colling Gilbert Wright &Carter**<br>**801 N. Orange Ave., Ste 830**<br>**Orlando, FL 32801** | Line **3.19** ___<br>☐ Not listed. Explain ____ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   12,286.00 |
| **5b. Total claims from Part 2** | 5b.  + | $   2,014,286.38 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   2,026,572.38 |

**Fill in this information to identify the case:**

Debtor name **Kalos Capital, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **22-58326**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest: **Capture client data for performance reporting** | |
| State the term remaining: **Monthly** | |
| List the contract number of any government contract | **Albridge Solutions, Inc.**<br>**1800 American Blvd, Ste. 300**<br>**Pennington, NJ 08534** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest: **Document Storage of Client Paperwork** | |
| State the term remaining: **9/1/2023** | |
| List the contract number of any government contract | **Docupace**<br>**400 Corporate Pointe, Ste. 300**<br>**Culver City, CA 90230** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest: **Expense Sharing Agreement for office space, equipment, employee staffing, etc on-going** | |
| State the term remaining: | |
| List the contract number of any government contract | **Kalos Financial, Inc.**<br>**11525 Park Woods Circle**<br>**Alpharetta, GA 30005** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest: **Complianc Software for the capture and review of all emails** | |
| State the term remaining: **4/20/2025** | |
| List the contract number of any government contract | **MessageWatcher, LLC**<br>**7900 E. Union Ave., Ste 1100**<br>**Denver, CO 80237** |

| Debtor 1 | **Kalos Capital, Inc.** | | Case number (*if known*) | **22-58326** |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commission processing system linked to SalesForce** | |
| | State the term remaining | **12/30/2022** | **Overdorf Systems Consultants SalesForce 120 Pierce Avenue Hamburg, NY 14075** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Compliance Software for review and storage of advertising, outside business activities, branch audits and other compliance functions** | |
| | State the term remaining | **Automatic Annual Renew in Sept w/ 60 days prior notice** | **RegEd 2100 Gateway Centre Blvd. Suite 200 Morrisville, NC 27560** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Kalos Capital, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **22-58326** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Chrissy Lee** | **2777 High Creek Run**<br>**Dacula, GA 30019** | **Gary Armentrout** | ☐ D ___<br>■ E/F ___3.10___<br>☐ G ___ |
| 2.2 | **Darren Kubiak** | **235 Overlook Park Lane**<br>**Lawrenceville, GA 30043** | **Steven & Deborah MacLean** | ☐ D ___<br>■ E/F ___3.30___<br>☐ G ___ |
| 2.3 | **Eric Weschke** | **11 Dorm Court**<br>**East Setauket, NY 11733** | **Brian Uretzky & Erin Lavidor** | ☐ D ___<br>■ E/F ___3.4___<br>☐ G ___ |
| 2.4 | **Larry Lyons** | **3135 New College Way**<br>**Cumming, GA 30041** | **Gary Armentrout** | ☐ D ___<br>■ E/F ___3.10___<br>☐ G ___ |
| 2.5 | **Patrick Strubbe** | **700 Saturn Parkway**<br>**Columbia, SC 29212** | **Charles Roth** | ☐ D ___<br>■ E/F ___3.6___<br>☐ G ___ |

Debtor    **Kalos Capital, Inc.** _____    Case number *(if known)*    __22-58326__

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name          **Kalos Capital, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **22-58326**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$11,155,542.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$20,642,723.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$15,430,283.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **Kalos Capital, Inc.**                                Case number *(if known)*   **22-58326**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Andrew Long**<br>**1815 Underwood St**<br>**Nashville, TN 37208** | **7/15/2022**<br>**$99.31,**<br>**7/29/2022**<br>**$2,607.65,**<br>**8/15/2022**<br>**$6,054.54,**<br>**8/30/2022**<br>**$1,534.82,**<br>**9/15/2022**<br>**$606.53,**<br>**9/30/2022**<br>**$1,952.60** | **$12,855.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Commissions__ |
| 3.2.   **Andy Shorley**<br>**Summit Tax & Wealth**<br>**1276 Jungermann Rd. Ste A**<br>**Saint Peters, MO 63376** | **7/15/2022**<br>**$54.62,**<br>**7/29/2022**<br>**$10,780.05,**<br>**8/15/2022**<br>**$72.47,**<br>**8/30/2022**<br>**$0.05,**<br>**9/15/2022**<br>**$84.13,**<br>**9/30/2022**<br>**$0.05** | **$10,991.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Commissions__ |
| 3.3.   **Benjamin Barbour**<br>**Fountainhead Wealth Advisors**<br>**12355 Sunrise Valley Dr #310**<br>**Reston, VA 20191** | **7/15/2022**<br>**$8,925.00,**<br>**7/29/2022**<br>**$4,035.22,**<br>**8/15/2022**<br>**$18,849.98,**<br>**8/30/2022**<br>**$4,069.08,**<br>**9/15/2022**<br>**$12,173.73,**<br>**9/30/2022**<br>**$5,506.37** | **$53,559.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Commissions__ |
| 3.4.   **Brian Alan Akers**<br>**126-1 Industry Lane**<br>**Forest Hill, MD 21050** | **7/15/2022**<br>**$5,554.98,**<br>**7/29/2022**<br>**$10,985.57,**<br>**8/15/2022**<br>**$13,408.33,**<br>**8/30/2022**<br>**$4,094.71,**<br>**9/15/2022**<br>**$5,485.96,**<br>**9/30/2022**<br>**$8,545.82** | **$48,075.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Commissions__ |

| Debtor | **Kalos Capital, Inc.** | | Case number *(if known)*  22-58326 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.5. **Brian Skrobonja**<br>**Skrobonja Financial Group**<br>**16A Municipal Drive**<br>**Arnold, MO 63010** | **7/15/2022**<br>**$2,227.69,**<br>**7/29/2022**<br>**$2,065.30,**<br>**8/15/2022**<br>**$16,911.78,**<br>**8/30/2022**<br>**$1,475.40,**<br>**9/15/2022**<br>**$2,146.32,**<br>**9/30/2022**<br>**$1,159.55** | **$25,986.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commissions** |
| 3.6. **Burr & Forman LLP**<br>**420 North 20th Street, Suite 3400**<br>**Birmingham, AL 35203** | **8/10/2022**<br>**$100,000.00,**<br>**9/29/2022**<br>**$88,208.50,**<br>**10/7/2022**<br>**$31,196.00,**<br>**10/14/2022**<br>**$37,343.00** | **$256,747.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **Chris Pullaro**<br>**3525 Piedmont Road**<br>**Building 6, Suite 420**<br>**Atlanta, GA 30305** | **7/15/2022**<br>**$2,149.54,**<br>**7/21/2022**<br>**$580.20,**<br>**7/29/2022**<br>**$1,083.64,**<br>**8/15/2022**<br>**$10,886.84,**<br>**8/30/2022**<br>**$2,594.91,**<br>**9/15/2022**<br>**$923.30,**<br>**9/30/2022**<br>**$1,093.72** | **$19,312.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commissions** |
| 3.8. **Conner Capps**<br>**e3 Wealth**<br>**10825 Watson Road; Suite 100**<br>**Sunset Hills, MO 63127** | **7/15/2022**<br>**$0.00,**<br>**7/29/2022**<br>**$8,129.19,**<br>**8/15/2022**<br>**$1,438.31,**<br>**8/30/2022**<br>**$227.00,**<br>**9/15/2022**<br>**$357.61,**<br>**9/30/2022**<br>**$78.73** | **$10,230.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commissions** |

| Debtor | **Kalos Capital, Inc.** | | Case number *(if known)* | **22-58326** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Curvin Miller IV**<br>**Russell Total Wealth Mgmt**<br>**One Russell Place**<br>**Dayton, OH 45409** | **7/15/2022**<br>**$4,244.38,**<br>**7/29/2022**<br>**$0.00,**<br>**8/15/2022**<br>**$5,020.41,**<br>**8/30/2022**<br>**$241.38,**<br>**9/15/2022**<br>**$3,416.40,**<br>**9/30/2022**<br>**$307.76** | **$13,230.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Commissions** |
| 3.10. | **David Pierce**<br>**3525 Piedmont Road**<br>**Building 6, Suite 420**<br>**Atlanta, GA 30305** | **7/15/2022**<br>**$1,016.89,**<br>**7/21/2022**<br>**$1,051.72,**<br>**7/29/2022**<br>**$586.68,**<br>**8/15/2022**<br>**$8,826.38,**<br>**8/30/2022**<br>**$497.25,**<br>**9/15/2022**<br>**$267.91,**<br>**9/30/2022**<br>**$225.95** | **$12,472.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Commissions** |
| 3.11. | **Dean Antonopoulos**<br>**Endeavor Investment Resources**<br>**650 East Carmel Drive Ste 360**<br>**Carmel, IN 46032** | **7/15/2022**<br>**$14,725.44,**<br>**7/29/2022**<br>**$618.69,**<br>**8/15/2022**<br>**$1,288.96,**<br>**8/30/2022**<br>**$632.83,**<br>**9/15/2022**<br>**$6,021.76,**<br>**9/30/2022**<br>**$780.56** | **$24,068.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Commissions** |
| 3.12. | **Docupace Technology**<br>**PO Box 92117**<br>**Las Vegas, NV 89193-2117** | **10/14/2022**<br>**$3,000.00** | **$3,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.13. | **Epperson & Greenidge, P.A.**<br>**20 S. Olive Street, Suite 304**<br>**Media, PA 19063** | **9/1/2022**<br>**$17,500.00** | **$17,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Litigation Settlement** |

Debtor    **Kalos Capital, Inc.**    Case number *(if known)*    22-58326

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.14. **Eric Weschke Strategic Advisors 11 Dorm Court East Setauket, NY 11733** | 7/15/2022 $25,585.69, 7/29/2022 $2,876.21, 8/15/2022 $17,035.75, 8/30/2022 $2,781.03, 9/15/2022 $259.45, 9/28/2022 $22,500.00, 9/30/2022 $16.17 | $71,054.30 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Commissions** |
| 3.15. **FINRA P.O. Box 418911 Boston, MA 02241-8911** | 7/14/2022 $61.41, 7/28/2022 $375.00, 8/2/2022 $2,500.00, 8/3/2022 $2,500.00, 8/30/2022 $4,075.00, 9/7/2022 $225.00, 9/8/2022 $1,100.00, 9/15/2022 $2,575.00, 9/22/2022 $562.50, 9/29/2022 $425.00, 10/6/2022 $1,210.00, 10/14/22 $1,112.50 | $16,721.41 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.16. **firstPRO Recruitment, LLC dba firstPRO 360 5607 Glenridge Dr; Suite 360 Atlanta, GA 30342** | 7/14/2022 $3,325.88, 7/21/2022 $2,716.50, 7/28/2022 $3,310.13, 8/4/2022 $3,276.75, 8/5/2022 $3,138.00, 8/9/2022 $3,139.13, 8/18/2022 $3,139.13, 9/1/2022 $2,164.50, 9/8/2022 $2,220.00, 9/29/2022 $3,996.00 | $30,426.02 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Kalos Capital, Inc.**                                          Case number *(if known)*    **22-58326**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **George Terlizzi**<br>**SouthPark Capital**<br>**6101 Carnegie Blvd, Ste 350**<br>**Charlotte, NC 28209** | **7/15/2022**<br>**$27,454.27,**<br>**7/29/2022**<br>**$8,425.03,**<br>**8/15/2022**<br>**$34,185.37,**<br>**8/30/2022**<br>**$22,903.52,**<br>**9/15/2022**<br>**$13,886.79,**<br>**9/30/2022**<br>**$17,824.34** | **$124,679.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commissions** |
| 3.18. | **Israels & Neuman PLC Trust Acc**<br>**P.O Box 350432**<br>**Westminster, CO 80035** | **9/1/2022**<br>**$17,500.00** | **$17,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Litigation Settlement** |
| 3.19. | **JAMS, Inc**<br>**P.O. Box 845402**<br>**Los Angeles, CA 90084** | **7/14/2022**<br>**$2,100.00,**<br>**8/17/2022**<br>**$5,900.00** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. | **Jason Mosher**<br>**2525 Route 332**<br>**Suite 100**<br>**Canandaigua, NY 14424** | **7/15/2022**<br>**$9,686.56,**<br>**7/29/2022**<br>**$486.17,**<br>**8/15/2022**<br>**$8,603.54,**<br>**8/30/2022**<br>**$18.70,**<br>**9/15/2022**<br>**$2,031.87,**<br>**9/30/2022**<br>**$1,907.33** | **$22,734.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commissions** |
| 3.21. | **Jennifer Taylor**<br>**e3 Wealth**<br>**165 Elmhurst; Suite B**<br>**Kyle, TX 78640** | **7/15/2022**<br>**$50,313.41,**<br>**7/29/2022**<br>**$73,350.50,**<br>**8/15/2022**<br>**$60,570.02,**<br>**8/30/2022**<br>**$151.78,**<br>**9/15/2022**<br>**$1,097.82,**<br>**9/30/2022**<br>**$153.54** | **$185,637.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commissions** |

| Debtor | Kalos Capital, Inc. | | Case number *(if known)* | 22-58326 |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.22. **Jimmy Nelson** **Family Elder Care** 122 E Tillman Ave Lake Wales, FL 33853 | 7/15/2022 $10,486.82, 7/29/2022 $15,226.02, 8/15/2022 $12,644.55, 8/30/2022 $4,978.74, 9/15/2022 $1,823.15, 9/30/2022 $6,622.79 | $51,782.07 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  Commissions |
| 3.23. **Joe Otten** **Otten Tax & Financial** 6311 Hazelwest Court Hazelwood, MO 63042 | 7/15/2022 $6,025.22, 7/29/2022 $6,645.87, 8/15/2022 $1,302.37, 8/30/2022 $218.78, 9/15/2022 $89.36, 9/30/2022 $536.39 | $14,817.99 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  Commissions |
| 3.24. **Joe Quartucci** **e3 Wealth** 165 Elmhurst; Suite B Kyle, TX 78640 | 7/15/2022 $61,764.81, 7/29/2022 $93,346.32, 8/15/2022 $61,804.27, 8/30/2022 $1,471.17, 9/15/2022 $3,564.00, 9/30/2022 $3,341.75 | $225,292.32 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  Commissions |
| 3.25. **John Moriarty** **e3 Wealth** 10825 Watson Road; Suite 100 Saint Louis, MO 63127 | 7/15/2022 $28,802.04, 7/29/2022 $153,676.41, 8/15/2022 $44,216.64, 8/30/2022 $1,627.39, 9/15/2022 $3,747.46, 9/30/2022 $1,539.84 | $233,609.78 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  Commissions |

Debtor    **Kalos Capital, Inc.**                                           Case number *(if known)*    22-58326

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.26. | **Kalos Financial**<br>**11525 Park Woods Circle**<br>**Alpharetta, GA 30005** | **7/13/2022**<br>**$28,124.00,**<br>**7/27/2022**<br>**$29,267.00,**<br>**8/3/2022**<br>**$70,000.00,**<br>**8/10/2022**<br>**$29,863.00,**<br>**8/31/2022**<br>**$27,616.00,**<br>**9/7/2022**<br>**$66,000.00,**<br>**9/10/2022**<br>**$27,652.00,**<br>**9/28/2022**<br>**$21,936.00,**<br>**10/4/2022**<br>**$43,000.00** | **$343,458.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Intercompany Expense**<br>**Allocation - Stay Bonuses,**<br>**Monthly Intercompany Expense**<br>**Allocation, Intercompany**<br>**Expense Allocation** |
| 3.27. | **Kalos Management**<br>**11525 Park Woods Circle**<br>**Alpharetta, GA 30005** | **7/14/2022**<br>**$439.51,**<br>**7/27/2022**<br>**$1,084.70,**<br>**8/15/2022**<br>**$5,117.62,**<br>**8/24/2022**<br>**$10,173.76,**<br>**8/29/2022**<br>**$722.65,**<br>**9/13/2022**<br>**$385.45,**<br>**9/30/2022**<br>**$2.44** | **$17,926.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **KC to KM Financial**<br>**Planning check deposited to KC**<br>**in error, KC to KM - Rep**<br>**Payments for Amounts due**<br>**from reps to KM, KC to KM CNB**<br>**checks deposited to KC in**<br>**error, KM Portion of RBC**<br>**Clearing Statement** |
| 3.28. | **Keith Stinebaker**<br>**Summit Tax & Wealth Advisory**<br>**1276 Jungermann Rd. Ste A**<br>**Saint Peters, MO 63376** | **7/15/2022**<br>**$458.54,**<br>**7/29/2022**<br>**$15,898.78,**<br>**8/15/2022**<br>**$7,161.05,**<br>**8/30/2022**<br>**$486.79,**<br>**9/15/2022**<br>**$719.28,**<br>**9/30/2022**<br>**$275.93** | **$25,000.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commissions** |
| 3.29. | **Larry Lyons**<br>**3135 New College Way**<br>**Cumming, GA 30041** | **7/15/2022**<br>**$930.96,**<br>**7/29/2022**<br>**$309.27,**<br>**8/15/2022**<br>**$5,900.05,**<br>**8/30/2022**<br>**$325.00,**<br>**9/15/2022**<br>**$97.33,**<br>**9/30/2022**<br>**$282.83** | **$7,845.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commissions** |

| Debtor | Kalos Capital, Inc. | | Case number *(if known)* | 22-58326 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.30<br>. | **Law Offices of Robert Wayne Pearce**<br>**1499 West Palmetto Park Road**<br>**Suite 400**<br>**Boca Raton, FL 33486** | 9/28/2022<br>$37,500.00 | **$37,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Litigation Settlement** |
| 3.31<br>. | **Lloyd Gray IOLTA**<br>**880 Montclair Road, Suite 100**<br>**Birmingham, AL 35213** | 8/4/2022<br>$23,500.00 | **$23,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Litigation Settlement** |
| 3.32<br>. | **Mark Caldwell**<br>**Strategic Capital**<br>**1106 Pecan Street**<br>**Bastrop, TX 78602** | 7/15/2022<br>$3,880.38,<br>7/29/2022<br>$640.63,<br>8/15/2022<br>$2,828.24,<br>8/30/2022<br>$808.52,<br>9/15/2022<br>$112.53,<br>9/30/2022<br>$134.11 | **$8,404.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commissions** |
| 3.33<br>. | **Mark Schreiber**<br>**e3 Wealth / Consultants GROUP**<br>**10825 Watson Road; Suite 100**<br>**Saint Louis, MO 63127** | 7/15/2022<br>$25,332.68,<br>7/29/2022<br>$56,910.08,<br>8/15/2022<br>$34,284.46,<br>8/30/2022<br>$666.16,<br>9/15/2022<br>$2,295.82,<br>9/30/2022<br>$840.14 | **$120,329.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commissions** |
| 3.34<br>. | **Mark Sheppard**<br>**2525 Route 332, Suite 100**<br>**Canandaigua, NY 14424** | 7/15/2022<br>$7,739.91,<br>7/29/2022<br>$1,787.94,<br>8/15/2022<br>$6,655.64,<br>8/30/2022<br>$216.78,<br>9/15/2022<br>$735.11,<br>9/30/2022<br>$321.96 | **$17,457.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commissions** |

Debtor    **Kalos Capital, Inc.**                                             Case number *(if known)*    22-58326

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.35. **Matt Cayce**<br>**Catalyst Wealth Management**<br>**3525 Piedmont Rd; Bldg 6 #420**<br>**Atlanta, GA 30305** | **7/15/2022**<br>**$91.44,**<br>**7/29/2022**<br>**$454.19,**<br>**8/15/2022**<br>**$731.70,**<br>**8/30/2022**<br>**$4,040.53,**<br>**9/15/2022**<br>**$1,501.07,**<br>**9/30/2022**<br>**$2,417.56** | **$9,236.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Commissions** |
| 3.36. **MessageWatcher, LLC**<br>**7900 E. Union Ave., Ste 1100**<br>**Denver, CO 80237** | **8/17/2022**<br>**$18,000.00** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other __ |
| 3.37. **Mike Haffling**<br>**Verus Capital Management**<br>**10760 West 143 St, Ste 64**<br>**Orland Park, IL 60462** | **7/15/2022**<br>**$11,052.44,**<br>**7/29/2022**<br>**$13,400.00,**<br>**8/15/2022**<br>**$55,970.64,**<br>**8/30/2022**<br>**$44,824.28,**<br>**9/15/2022**<br>**$86,665.77,**<br>**9/30/2022**<br>**$5,400.00** | **$217,313.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Commissions** |
| 3.38. **Patrick Healey**<br>**Caliber Financial Partners**<br>**151 Bodman Pl., Suite 403**<br>**Red Bank, NJ 07701** | **7/15/2022**<br>**$7,364.32,**<br>**7/29/2022**<br>**$14,348.69,**<br>**8/15/2022**<br>**$23,396.25,**<br>**8/30/2022**<br>**$9,965.78,**<br>**9/15/2022**<br>**$1,643.27,**<br>**9/30/2022**<br>**$610.96** | **$57,329.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Commissions** |
| 3.39. **Patrick Strubbe**<br>**700 Saturn Parkway**<br>**Columbia, SC 29212** | **7/15/2022**<br>**$19,952.28,**<br>**7/29/2022**<br>**$36,674.16,**<br>**8/15/2022**<br>**$110,496.27,**<br>**8/30/2022**<br>**$74,500.30,**<br>**9/15/2022**<br>**$39,813.00,**<br>**9/30/2022**<br>**$23,906.98** | **$305,342.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Commissions** |

Debtor    **Kalos Capital, Inc.**                                                    Case number (if known)    22-58326

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.40. | **RegEd**<br>**24969 Network Place**<br>**Chicago, IL 60673-1249** | **8/3/2022**<br>**$20,027.74** | **$20,027.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.41. | **Russell Scott Cramer**<br>**800 N. Maitland Ave, Ste 204**<br>**Maitland, FL 32751-4499** | **7/15/2022**<br>**$2,572.38,**<br>**7/29/2022**<br>**$38,261.74,**<br>**8/15/2022**<br>**$33,799.30,**<br>**8/30/2022**<br>**$30,536.71,**<br>**9/15/2022**<br>**$13,400.53,**<br>**9/30/2022**<br>**$34,773.85** | **$153,344.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Commissions__ |
| 3.42. | **Soreide Law Group PLLC**<br>**2335 E. Atlantic Blvd, Ste 405**<br>**Pompano Beach, FL 33062** | **9/28/2022**<br>**$15,000.00** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Litigation Settlement__ |
| 3.43. | **Stephen Joseph**<br>**e3 Wealth**<br>**10825 Watson Road; Suite 100**<br>**Saint Louis, MO 63127** | **7/15/2022**<br>**$1,369.88,**<br>**7/29/2022**<br>**$28,158.94,**<br>**8/15/2022**<br>**$4,400.45,**<br>**8/30/2022**<br>**$54.91,**<br>**9/15/2022**<br>**$236.80,**<br>**9/30/2022**<br>**$188.66** | **$34,409.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Commissions__ |
| 3.44. | **Stephen Lovell**<br>**Lovell Wealth Management**<br>**1700 Botelho Dr., # 417**<br>**Walnut Creek, CA 94596** | **7/15/2022**<br>**$8,002.56,**<br>**7/29/2022**<br>**$2,135.21,**<br>**8/30/2022**<br>**$3,346.00,**<br>**9/15/2022**<br>**$14,484.39,**<br>**9/30/2022**<br>**$41.48** | **$28,009.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Commissions__ |

Debtor    **Kalos Capital, Inc.**                                          Case number *(if known)*    **22-58326**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.45. **Stephen M. Molesky**<br>**5026 Dorsey Hall Dr, Ste 105**<br>**Ellicott City, MD 21042** | **7/15/2022**<br>**$0.00,**<br>**7/29/2022**<br>**$2,512.04,**<br>**8/15/2022**<br>**$5,929.22,**<br>**8/30/2022**<br>**$1,633.04,**<br>**9/15/2022**<br>**$4,768.45,**<br>**9/30/2022**<br>**$464.70** | **$15,307.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Commissions__ |
| 3.46. **Steve Holland**<br>**e3 Wealth**<br>**165 Elmhurst; Suite B**<br>**Kyle, TX 78640** | **7/15/2022**<br>**$7,182.20,**<br>**7/29/2022**<br>**$13,793.33,**<br>**8/30/2022**<br>**$67.97,**<br>**9/30/2022**<br>**$1,605.82** | **$22,649.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Commissions__ |
| 3.47. **Steve Perrmann**<br>**e3 Wealth**<br>**10825 Watson Road; Suite 100**<br>**Saint Louis, MO 63127** | **7/15/2022**<br>**$4,265.25,**<br>**7/29/2022**<br>**$45,673.68,**<br>**8/15/2022**<br>**$12,058.70,**<br>**8/30/2022**<br>**$196.84,**<br>**9/15/2022**<br>**$274.98,**<br>**9/30/2022**<br>**$103.14** | **$62,572.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Commissions__ |
| 3.48. **Stretto, Inc.**<br>**410 Exchange, Ste. 100**<br>**Irvine, CA 92602** | **10/12/2022**<br>**$40,000.00** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.49. **Terry Taylor**<br>**e3 Wealth**<br>**165 Elmhurst; Sute B**<br>**Kyle, TX 78640** | **7/15/2022**<br>**$23,849.55,**<br>**7/29/2022**<br>**$26,816.55,**<br>**8/15/2022**<br>**$7,630.02,**<br>**8/30/2022**<br>**$458.63,**<br>**9/15/2022**<br>**$453.29,**<br>**9/30/2022**<br>**$1,902.69** | **$61,110.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Commissions__ |

Debtor  **Kalos Capital, Inc.**                                                    Case number *(if known)*  **22-58326**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.50. **The Daniel & Henry Co.**<br>1001 Highlands Plaza Dr. West<br>Ste. 500<br>Saint Louis, MO 63110 | 8/16/2022<br>$17,779.84 | $17,779.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.51. **Thomas Tolleson**<br>Catalyst Wealth Management<br>3525 Piedmont Rd; Bldg 6 #420<br>Atlanta, GA 30305 | 7/15/2022<br>$6,678.28,<br>7/29/2022<br>$1,109.92,<br>8/15/2022<br>$5,984.81,<br>8/30/2022<br>$1,202.92,<br>9/15/2022<br>$4,081.66,<br>9/30/2022<br>$1,182.25 | $20,239.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commissions** |
| 3.52. **Timothy Zimcosky**<br>37617 Pembroke Avenue<br>Livonia, MI 48152 | 7/15/2022<br>$24,500.06,<br>7/29/2022<br>$23,034.49,<br>8/15/2022<br>$28,199.23,<br>8/30/2022<br>$6,826.60,<br>9/15/2022<br>$21,271.82,<br>9/30/2022<br>$12,666.18,<br>10/14/2022<br>$221,420.70 | $337,919.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commissions** |
| 3.53. **Tom Baer**<br>TBaer Wealth Management<br>208 E. Bayfront Pkwy; Ste 202<br>Erie, PA 16507 | 7/15/2022<br>$5,272.03,<br>7/29/2022<br>$1,095.57,<br>8/15/2022<br>$3,808.67,<br>8/30/2022<br>$1,694.77,<br>9/15/2022<br>$548.41,<br>9/30/2022<br>$2,453.38 | $14,872.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commissions** |
| 3.54. **Tyson Marlow**<br>Moss Bluff Management<br>1156 Bowman Rd Ste 200<br>Mount Pleasant, SC 29464 | 7/15/2022<br>$149.68,<br>7/29/2022<br>$10,154.13,<br>8/15/2022<br>$265.87,<br>8/30/2022<br>$260.89,<br>9/15/2022<br>$235.75 | $11,066.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commissions** |

| Debtor | Kalos Capital, Inc. | | | Case number *(if known)* | 22-58326 |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.55. | Ulmer & Berne, LLP<br>PO Box 74529<br>Cleveland, OH 44194-4529 | 7/27/2022<br>$6,259.50,<br>8/3/2022<br>$28,147.50 | $34,407.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.56. | Zachary Zimcosky<br>37617 Pembroke Avenue<br>Livonia, MI 48152 | 7/15/2022<br>$7,613.74,<br>7/29/2022<br>$7,273.29,<br>8/15/2022<br>$8,770.25,<br>8/30/2022<br>$2,153.55,<br>9/15/2022<br>$6,585.40,<br>9/30/2022<br>$3,998.68,<br>10/14/2022<br>$6,137.69 | $42,532.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commissions** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Kalos Financial<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | 11/1/2021 | $162,000.00 | Monthly Intercompany Expense<br>Allocation |
| 4.2. | Kalos Financial<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | 11/8/2021 | $200.00 | Petty Cash for Conference |
| 4.3. | Kalos Financial<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | 12/6/2021 | $162,000.00 | Monthly Intercompany Expense<br>Allocation |
| 4.4. | Kalos Financial<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | 1/6/2022 | $131,155.00 | Monthly Intercompany Expense<br>Allocation |
| 4.5. | Kalos Financial<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | 1/28/2022 | $58,935.00 | Intercompany Expense<br>Allocation - Stay Bonuses |
| 4.6. | Kalos Financial<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | 2/10/2022 | $123,845.00 | Intercompany Expense<br>Allocation - Severance & Stay<br>Bonuses |
| 4.7. | Kalos Financial<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | 2/24/2022 | $121,549.00 | Intercompany Expense<br>Allocation - Stay Bonuses |

| Debtor | Kalos Capital, Inc. | Case number (if known) | 22-58326 |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8.  **Kalos Financial**<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | **3/5/2022** | **$92,000.00** | **Monthly Intercompany Expense Allocation** |
| 4.9.  **Kalos Financial**<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | **3/12/2022** | **$36,107.00** | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.10  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **3/26/2022** | **$35,882.00** | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.11  **Kalos Financial**<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | **4/6/2022** | **$45,505.00** | **Monthly Intercompany Expense Allocation** |
| 4.12  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **4/13/2022** | **$69,000.00** | **Monthly Intercompany Expense Allocation** |
| 4.13  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **4/13/2022** | **$29,575.00** | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.14  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **4/27/2022** | **$28,891.00** | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.15  **Kalos Financial**<br>11525 Park Woods Circle<br>Alpharetta, GA 30005 | **5/4/2022** | **$71,000.00** | **Monthly Intercompany Expense Allocation** |
| 4.16  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **5/25/2022** | **$29,048.00** | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.17  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **6/1/2022** | **$50,000.00** | **Monthly Intercompany Expense Allocation - Payment #1 of 2** |
| 4.18  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **6/8/2022** | **$22,000.00** | **Monthly Intercompany Expense Allocation - Payment #2 of 2** |
| 4.19  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **6/11/2022** | **$28,334.00** | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.20  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **6/27/2022** | **$28,123.00** | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.21  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **7/6/2022** | **$72,000.00** | **Monthly Intercompany Expense Allocation** |
| 4.22  **Kalos Financial**<br>·      11525 Park Woods Circle<br>Alpharetta, GA 30005 | **7/13/2022** | **$28,124.00** | **Intercompany Expense Allocation - Stay Bonuses** |

Debtor    **Kalos Capital, Inc.**                                          Case number *(if known)*    22-58326

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.23 · **Kalos Financial** 11525 Park Woods Circle Alpharetta, GA 30005 | 7/27/2022 | $29,267.00 | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.24 · **Kalos Financial** 11525 Park Woods Circle Alpharetta, GA 30005 | 8/3/2022 | $70,000.00 | **Monthly Intercompany Expense Allocation** |
| 4.25 · **Kalos Financial** 11525 Park Woods Circle Alpharetta, GA 30005 | 8/10/2022 | $29,863.00 | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.26 · **Kalos Financial** 11525 Park Woods Circle Alpharetta, GA 30005 | 8/31/2022 | $27,616.00 | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.27 · **Kalos Financial** 11525 Park Woods Circle Alpharetta, GA 30005 | 9/7/2022 | $66,000.00 | **Monthly Intercompany Expense Allocation** |
| 4.28 · **Kalos Financial** 11525 Park Woods Circle Alpharetta, GA 30005 | 9/10/2022 | $27,652.00 | **Intercompany Expense Allocation - Stay Bonuses** |
| 4.29 · **Kalos Financial** 11525 Park Woods Circle Alpharetta, GA 30005 | 10/3/2022 | $43,000.00 | **Monthly Intercompany Expense Allocation** |
| 4.30 · **Kalos Management** 11525 Park Woods Circle Alpharetta, GA 30005 | 10/20/2021 | $4,252.77 | **KC to KM Ascensus Trust checks deposited to KC in error** |
| 4.31 · **Kalos Management** 11525 Park Woods Circle Alpharetta, GA 30005 | 11/3/2021 | $55.00 | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.32 · **Kalos Management** 11525 Park Woods Circle Alpharetta, GA 30005 | 11/15/2021 | $567.38 | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.33 · **Kalos Management** 11525 Park Woods Circle Alpharetta, GA 30005 | 11/17/2021 | $62,303.34 | **KM Portion of RBC Clearing Statement** |
| 4.34 · **Kalos Management** 11525 Park Woods Circle Alpharetta, GA 30005 | 11/17/2021 | $1,079.74 | **KM Portion of NFS Clearing Statement** |
| 4.35 · **Kalos Management** 11525 Park Woods Circle Alpharetta, GA 30005 | 11/30/2021 | $574.00 | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.36 · **Kalos Management** 11525 Park Woods Circle Alpharetta, GA 30005 | 12/13/2021 | $13.63 | **KM Portion of RBC Clearing Statement** |
| 4.37 · **Kalos Management** 11525 Park Woods Circle Alpharetta, GA 30005 | 12/15/2021 | $700.00 | **KC to KM - Rep Payments for Amounts due from reps to KM** |

Debtor    **Kalos Capital, Inc.**                                              Case number *(if known)*    **22-58326**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.38 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **1/21/2022** | **$7,410.31** | **KC to KM Ascensus Trust checks deposited to KC in error** |
| 4.39 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **1/24/2022** | **$1.94** | **KM Portion of RBC Clearing Statement** |
| 4.40 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **2/15/2022** | **$5,103.15** | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.41 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **2/16/2022** | **$15,887.05** | **KM Portion of NFS Clearing Statement** |
| 4.42 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **2/16/2022** | **$61,618.54** | **KM Portion of RBC Clearing Statement** |
| 4.43 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **2/17/2022** | **$55.00** | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.44 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **3/30/2022** | **$806.71** | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.45 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **4/16/2022** | **$55.00** | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.46 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **4/18/2022** | **$1,141.65** | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.47 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **5/18/2022** | **$59,654.17** | **KM Portion of RBC Clearing Statement** |
| 4.48 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **6/15/2022** | **$715.00** | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.49 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **6/25/2022** | **$35.50** | **KM Portion of RBC Clearing Statement** |
| 4.50 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **7/14/2022** | **$439.51** | **KC to KM - Rep Payments for Amounts due from reps to KM** |
| 4.51 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **7/27/2022** | **$1,084.70** | **KM Portion of RBC Clearing Statement** |
| 4.52 · | **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **8/15/2022** | **$5,117.62** | **KC to KM - Rep Payments for Amounts due from reps to KM** |

Debtor    **Kalos Capital, Inc.**

Case number *(if known)*    22-58326

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.53 · **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **8/24/2022** | **$10,173.76** | **KM Portion of RBC Clearing Statement** |
| 4.54 · **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **8/29/2022** | **$722.65** | **KC to KM  Financial Planning check deposited to KC in error** |
| 4.55 · **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **9/13/2022** | **$385.45** | **KC to KM CNB checks deposited to KC in error** |
| 4.56 · **Kalos Management** **11525 Park Woods Circle** **Alpharetta, GA 30005** | **9/30/2022** | **$2.44** | **KC to KM - Rep Payments for Amounts due from reps to KM** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **FINRA Dispute Resolution Services Arbitration Number 22-01357 Gary Armentrout, John Hutchins, Susan Hutchins, Sandra Goldschein, Ashley Rousseau, Robert and Ann Watson vs. Kalos Capital, Inc., Chrissy A Lee, Daniel Lloyd Wildermuth, Carol Jean Wildermuth, Larry Lyons, RBC Captial Markets, LLC as third-party garnishee, National Financial Services, LLC as third-party garnishee 22-01357** | **FINRA Arbitration** | **FINRA** **9509 Key W Ave** **Rockville, MD 20850** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor | Kalos Capital, Inc. | | Case number (if known) | 22-58326 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **FINRA Dispute Resolution Services Arbitration Number 21-01944 David Baublits vs. Ameriprise Financial Services, LLC, Kalos Capital, Inc., and Madison Avenue Securities, LLC**<br>**21-01944** | **FINRA Arbitration** | FINRA<br>9509 Key W Ave<br>Rockville, MD 20850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **FINRA Dispute Resolution Services Arbitration Number 22-00770  Lee B. Beitchman vs. Kalos Capital, Inc.**<br>**22-00770** | **FINRA Arbitration** | FINRA<br>9509 Key W Ave<br>Rockville, MD 20850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **FINRA Dispute Resolution Services Arbitration Number 21-02468 Thomas Cochran and Cynthia Cochran, et al. vs. Madison Avenue Securities, LLC,, Kalos Capital, Inc., and Gary Mastrodonato**<br>**21-02468** | **FINRA Arbitration** | FINRA<br>9509 Key W Ave<br>Rockville, MD 20850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **FINRA Dispute Resolution Services Arbitration Number 21-02960 Jennifer F. Cullen Traditional IRA and Randall K. Cullen Traditional IRA vs. Kalos Capital, Inc., Purshe Kaplan Sterling Investments**<br>**21-02960** | **FINRA Arbitration** | FINRA<br>9509 Key W Ave<br>Rockville, MD 20850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **FINRA Dispute Resolution Services Arbitration Number 21-02629 Deep and Rani Agee TTEES, Deep Agee IRA, and Rani Agee IRA vs. Kalos Capital, Inc.**<br>**21-02629** | **FINRA Arbitration** | FINRA<br>9509 Key W Ave<br>Rockville, MD 20850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Ralph and Bonnie Dixon** | **Compliant** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **FINRA Dispute Resolution Services Arbitration Number 21-02084 Cynthia Anderson, Geraldine C. Toop Living Trust, Pamela Gordon, Pamela Gordon IRA, Pamela T. Gordon Living Trust vs. Kalos Capital, Inc.**<br>**21-02084** | **FINRA Arbitration** | FINRA<br>9509 Key W Ave<br>Rockville, MD 20850 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Allen and Donna Hoffman** | **Compliant** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Kalos Capital, Inc.**                                          Case number *(if known)*    22-58326

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. **FINRA Dispute Resolution Services Arbitration Number 22-00246 Harriette Jane Isom vs. Kalos Capital, Inc.**<br>**22-00246** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **FINRA Dispute Resolution Services Arbitration Number 21-02742 Klenell Jensen vs. Kalos Capital, Inc.**<br>**21-02742** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **FINRA Dispute Resolution Services Arbitration Number 22-00463 Erin Lavidor and Brian Uretzky vs. Kalos Capital, Inc. and Eric Peter Weschke**<br>**22-00463** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **FINRA Dispute Resolution Services Arbitration Number 21-01917 Deborah R. MacLean and Steven C. MacLean, individually, et al. vs. Kalos Capital, Inc., Darren Michael Kubiak, Carol Jean Wildermuth, Daniel Lloyd Wildermuth**<br>**21-01917** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **FINRA Dispute Resolution Services Arbitration Number 21-02685 Christine J. Mescia vs. Kalos Capital, Inc.**<br>**21-02685** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **FINRA Dispute Resolution Services Arbitration Number 21-02986 Steven M. Netzel vs. Kalos Capital, Inc.**<br>**21-02986** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **FINRA Dispute Resolution Services Arbitration Number 22-00705 Geraldine O'Brien, Ginger Smith, and Catherine Stephenson vs. Kalos Capital, Inc.**<br>**22-00705** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. **FINRA Dispute Resolution Services Arbitration Number 22-00661 Charles Roth, individually and on behalf of his IRA, and Jennifer Roth, et al. vs. Kalos Capital, Inc., Patrick Arthur Strubbe**<br>**22-00661** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Kalos Capital, Inc.**                    Case number (if known)  22-58326

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.18. | **FINRA Dispute Resolution Services Arbitration Number 22-01975 Kamoce Strpj vs. Kalos Capital, Inc. and Carol Jean Wildermuth**<br>22-01975 | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **FINRA Dispute Resolution Services Arbitration Number 22-00280 Steve Zeece, Jr. vs. Kalos Capital, Inc.**<br>22-00280 | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Kinnie Ma vs. Ascendant Capital , LLC et al United States District Court for the Western District of Texas Case No. 19-cv-01050**<br>19-cv-01050 | **Class Action** | **USDC for the WDTX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **FINRA Dispute Resolution Services Arbitration Number 21-00478 Paul R. Biedler, Lonita L. Bielder, Ryan P. Kilber, & Ann M. Kilber vs. Kalos Capital, Inc., Steven N. Netzel, Daniel L. Wildermuth, Carol J. Wildermuth** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.22. | **FINRA Dispute Resolution Services Arbitration Number 21-00244 Donald R Bolick  vs. Kalos Capital, Inc., George Terlizzi,  Daniel L. Wildermuth, Carol J. Wildermuth**<br>21-00244 | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.23. | **Tina Cooney, claimant** | **Claim via Tolling Agreement** | **Scott Silver**<br>**11780 W. Sample Road**<br>**Coral Springs, FL 33065** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.24. | **FINRA Dispute Resolution Services Arbitration Number 21-00478  Carl L. Corbaley, Leslie T. Corbaley, Gerald Trudeau & Cynthia Trudeau vs. Kalos Capital, Inc., Ameriprise Financial Services, Inc, and Gary Lee Imel**<br>21-00637 | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.25. | **Richard and Kimberly Cutlip, claimants** | **Claim via Tolling Agreement** | **Scott Silver**<br>**11780 W. Sample Road**<br>**Coral Springs, FL 33065** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | Kalos Capital, Inc. | | Case number (if known) | 22-58326 |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.26. | **FINRA Dispute Resolution Services Arbitration Number 20-03408 Leslee Evans vs. Kalos Capital, Inc., Russell Scott Cramer and Thomas Michael Rauchegger**<br>**20-03408** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **FINRA Dispute Resolution Services Arbitration Number 21-01392 Felix Ferrise an Linda Ferrise vs. Kalos Capital, Inc.**<br>**21-01392** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.28. | **FINRA Dispute Resolution Services Arbitration Number 20-03408 Angela Guthrie, Angela Guthrie TOD, Angela Guthrie SEP vs. Kalos Capital, Inc., Russell Scott Cramer and Thomas Michael Rauchegger**<br>**20-03473** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.29. | **FINRA Dispute Resolution Services Arbitration Number 22-00856  Paul James, Individually and on behalf of his Individual Retirement Account vs. Kalos Capital, Inc.**<br>**22-00856** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **Linda Jamieson, TTEE of the Robert Lawton Ridsiduary Trust, claimants** | | **Lufrano Law** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.31. | **Linda Jamieson, TTEE of the Robert Lawton Ridsiduary Trust, claimants** | | **Lufrano Law** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.32. | **FINRA Dispute Resolution Services Arbitration Number 20-02597  Johnson JT/TTEE of Johnson RLT dtd 5/6/03 vs. National Planning Corp, and Kalos Capital, Inc.**<br>**20-02597** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.33. | **Benjamin and Brooke, Kneisel** | **Claim via Tolling Agreement** | **Scott Silver**<br>**11780 W. Sample Road**<br>**Coral Springs, FL 33065** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | **Dale Koski, Claimant** | **Claim via Tolling Agreement** | **David Neuman, Isreal & Neuman**<br>**506 Second Ave, Suite 1400**<br>**Seattle, WA 98104** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | Kalos Capital, Inc. | Case number (*if known*) | 22-58326 |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.35<br>· | **FINRA Dispute Resolution Services Arbitration Number 20-03598  Mary Liebemann, Mary Liebemann, OBO IRA vs. Kalos Capital, Inc., Russell Scott Cramer and Thomas Michael Rauchegger 20-03598** | **FINRA Arbitration** | **FINRA**<br>9509 Key W Ave<br>Rockville, MD 20850 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36<br>· | **Jerry and Jill Lott, Claimants** | **Claim via Tolling Agreement** | **Scott Silver**<br>11780 W. Sample Road<br>Coral Springs, FL 33065 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37<br>· | **FINRA Dispute Resolution Services Arbitration Number 22-00326 Michael Malloy vs. Kalos Capital, Inc, 22-00326** | **FINRA Arbitration** | **FINRA**<br>9509 Key W Ave<br>Rockville, MD 20850 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.38<br>· | **FINRA Dispute Resolution Services Arbitration Number 21-00447 Elizabeth McGeary vs. Kalos Capital, Inc. and Eric Peter Weschke 21-00447** | **FINRA Arbitration** | **FINRA**<br>9509 Key W Ave<br>Rockville, MD 20850 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.39<br>· | **FINRA Dispute Resolution Services Arbitration Number 21-01526 Rodney L. Meyer and Katharine F. Meyer vs. Kalos Capital, Inc. and Micahel J. Haffling 21-01526** | **FINRA Arbitration** | **FINRA**<br>9509 Key W Ave<br>Rockville, MD 20850 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40<br>· | **FINRA Dispute Resolution Services Arbitration Number 21-01775 Charles R. Mitchell, Susan K.C. Mitchell and Trustees of the Mitchell Living Trust dated 12/2/2014, Carole Clark, Gary M. Blakely and Earl E. Fisher and Violet Irene Fisher vs. Kalos Capital, Inc. and Arni J. Diamond, Michael J. Haffling, Steven M. Netzel, Daniel L Wildermuth and Carol J Wildermuth 21-01775** | **FINRA Arbitration** | **FINRA**<br>9509 Key W Ave<br>Rockville, MD 20850 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.41<br>· | **FINRA Dispute Resolution Services Arbitration Number 21-00807 Charlene Moore and Charlen Moore IRA vs. Kalos Capital and Christopher J. Shaw 21-00807** | **FINRA Arbitration** | **FINRA**<br>9509 Key W Ave<br>Rockville, MD 20850 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.42<br>· | **Saad and Midiha Moustafa, Claimants** | **Claim via Tolling Agreement** | **Scott Silver**<br>11780 W. Sample Road<br>Coral Springs, FL 33065 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | Kalos Capital, Inc. | | | Case number (if known) | 22-58326 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.43. | **Vilas and Ingrid Mujumdar, Claimants** | **Claim via Tolling Agreement** | **Scott Silver**<br>**11780 W. Sample Road**<br>**Coral Springs, FL 33065** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.44. | **FINRA Dispute Resolution Services Arbitration Number 21-02639 Kimberlee A. Buechner for the Estate of Peter O'McKenna vs. Kalos Capital, Inc. and Eric Peter Weschke**<br>**21-02639** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.45. | **FINRA Dispute Resolution Services Arbitration Number 21-02287 Surojit Paul as Trustee and Shalini Paul as Trustee vs. Kalos Capital, Inc.**<br>**21-02287** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.46. | **FINRA Dispute Resolution Services Arbitration Number 21-00542 Marilyn Preston and Marilyn Preston IRA vs. Kalos Capital, Inc. and Eric Peter Weschke**<br>**21-00542** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.47. | **FINRA Dispute Resolution Services Arbitration Number 21-02007 Joyce E. Rhoades as trustee on behalf of the James T. Morningstar Living Trust vs. Kalos Capital, Inc.**<br>**21-02007** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.48. | **FINRA Dispute Resolution Services Arbitration Number 21-03014 Jean Schiller and James Schiller vs. Kalos Capital, Inc., Carol Jean Wildermuth, and Kristian L. Finfrock**<br>**21-03014** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.49. | **FINRA Dispute Resolution Services Arbitration Number 21-02649 Nancy Shull in all capacities vs. Kalos Capital, Inc., John Amirault Farley, Daniel Lloyd Wildermuth and Carol J Wildermuth**<br>**21-02649** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.50. | **FINRA Dispute Resolution Services Arbitration Number 20-01818 Anthony B. Shumate vs. Kalos Capital, Inc. and David S. Mirolli**<br>**20-01818** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | **Kalos Capital, Inc.** | | Case number (if known) | **22-58326** |

| | **Case title**<br>**Case number** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.51. | **FINRA Dispute Resolution Services Arbitration Number 20-00923 Marc Thompson on behalf of his IRA and Marc and Sandra Thompson on behalf of their Joint Account vs. Kalos Capital, Inc. 21-00923** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.52. | **FINRA Dispute Resolution Services Arbitration Number 20-00923 Kriby Trumbo vs. Jammie Nakia Avila, Kyle Jensen Kirwan and Kalos Capital, Inc. 21-00949** | **FINRA Arbitration** | **FINRA**<br>**9509 Key W Ave**<br>**Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.53. | **Judy Turpin, Claimant** | **Claim via Tolling Agreement** | **Scott Silver**<br>**11780 W. Sample Road**<br>**Coral Springs, FL 33065** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.54. | **Shari Wood, Claimant** | **Claim via Tolling Agreement** | **Scott Silver**<br>**11780 W. Sample Road**<br>**Coral Springs, FL 33065** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | **Dates of loss** | **Value of property lost** |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    **Kalos Capital, Inc.**                                       Case number *(if known)*    **22-58326**

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **10/15/2021 $5,655.00, 11/5/2021 $975.00, 11/24/2021 $4,412.50, 1/13/2022 $2,718.00, 2/4/2022 $1,299.00, 5/12/2022 $548.00, 6/15/2022 $6,851.00, 6/30/2022 $5,619.50, 8/10/2022 $100,000.00, 9/29/2022 $88,208.50, 9/30/2022 $6,339.50, 9/30/2022 $24,856.50, and $10/14/2022 $37,343.00.** | |
| | **Burr & Forman LLP**<br>**420 North 20th Street, Suite 3400**<br>**Birmingham, AL 35203** | | | **$284,825.50** |
| | Email or website address<br>**www.burr.com** | | | |
| | Who made the payment, if not debtor? | | | |

| | | | | |
|---|---|---|---|---|
| 11.2. | **Stretto, Inc.**<br>**410 Exchange, Ste. 100**<br>**Irvine, CA 92602** | | **10/12/2022** | **$40,000.00** |
| | Email or website address<br>**www.stretto.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

| Debtor | **Kalos Capital, Inc.** | | Case number *(if known)* | **22-58326** |

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐■ Yes. State the nature of the information collected and retained.

       **Brokerage Client Information: Client Name, Address, Social Security
Number, Citizenship, Date of Birth, Marital Status, and Extensive
Financial Information.**

       Does the debtor have a privacy policy about that information?
       ☐ No
       ☐■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

☐■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **Kalos Capital, Inc.** | Case number *(if known)* | **22-58326** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Kalos Capital, Inc. | Case number (if known) | 22-58326 |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Joan Tesh**<br>**4195 Breckenridge Court**<br>**Alpharetta, GA 30005** | **5/11/2016 to Date of Filing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Phillip V. George PLLC**<br>**5129 CR 1026**<br>**Celeste, TX 75423** | **2/9/2022 - 3/30/2022** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Dixon Hughes Goodman LLP (DHG)**<br>**500 Ridgefield Court**<br>**Asheville, NC 28806** | **11/20/2020 - 2/26/2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Carol Wildermuth**<br>**1263 Ponte Vedra Blvd**<br>**Ponte Vedra Beach, FL 32082** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    **Kalos Capital, Inc.**                                    Case number *(if known)*    **22-58326**

statement within 2 years before filing this case.

☐ None

| **Name and address** |
|---|

| 26d.1. | **Alabama Securities Commission** |
| | **PO Box 304700** |
| | **Montgomery, AL 36130** |

| 26d.2. | **Arkadios Capital** |
| | **309 East Paces Ferry Rd NE** |
| | **Suite 1000** |
| | **Atlanta, GA 30305** |

| 26d.3. | **Arkansas Securities Department** |
| | **Heritage West Building** |
| | **201 E. Markham St., Suite 300** |
| | **Little Rock, AR 72201** |

| 26d.4. | **Arizona Corporation Commission** |
| | **1300 W. Washington Street** |
| | **Phoenix, AZ 85007-2996** |

| 26d.5. | **Colorado Div. of Securities** |
| | **1560 Broadway, Suite 900** |
| | **Denver, CO 80202** |

| 26d.6. | **Connecticut Dept of Banking** |
| | **260 Constitution Plaza** |
| | **Hartford, CT 06103** |

| 26d.7. | **FINRA** |
| | **P.O. Box 418911** |
| | **Boston, MA 02241-8911** |

| 26d.8. | **Florida Office of Financial Reg.** |
| | **200 E. Gaines St.** |
| | **Tallahassee, FL 32399** |

| 26d.9. | **Georgia Office of Sec. of State** |
| | **Securities & Business Regulati** |
| | **2 MLK Jr. Dr. SE - Floyd W. Tower** |
| | **Suite 814** |
| | **Atlanta, GA 30334** |

| 26d.10. | **Hawaii Dept of Comm. & Consumer** |
| | **Business Registration Division** |
| | **PO Box 40** |
| | **Honolulu, HI 96810** |

| 26d.11. | **Illinois Office of Sec. of State** |
| | **Securities Department** |
| | **213 State Capitol** |
| | **Springfield, IL 62756** |

| 26d.12. | **Kansas Office of Securities Comm.** |
| | **1300 SW Arrowhead Rd.** |
| | **Topeka, KS 66604** |

| 26d.13. | **Maryland Office of the Atty Gen** |
| | **Securities Division** |
| | **200 Saint Paul Place, Suite 17** |
| | **Baltimore, MD 21202** |

| Debtor | **Kalos Capital, Inc.** | Case number *(if known)* | **22-58326** |

| **Name and address** |
|---|
| 26d.14. | **Missouri Secretary of State**<br>**600 West Main St. Unit 1**<br>**Jefferson City, MO 65101** |
| 26d.15. | **Office of the MT State Auditor**<br>**Commissioner of Securities & I**<br>**840 Helena Ave.**<br>**Helena, MT 59601** |
| 26d.16. | **NC Dept of the Secretary of State**<br>**Securities Division**<br>**PO Box 29622**<br>**Raleigh, NC 27626** |
| 26d.17. | **NH Bureau of Securities Reg**<br>**State House Room 204**<br>**107 North Main St.**<br>**Concord, NH 03301** |
| 26d.18. | **Fidelity Institutional**<br>**ATTN: Bryan Frasciello, Risk**<br>**Mailzone NJ5C, 5th FL**<br>**499 Washington Blvd.**<br>**Jersey City, NJ 07310** |
| 26d.19. | **Nevada Secretary of State**<br>**Securities Division**<br>**2250 Las Vegas Blvd N, Ste 400**<br>**North Las Vegas, NV 89030** |
| 26d.20. | **Office of the Attorney General**<br>**Investor Protection Bureau**<br>**120 Broadway, 23rd Floor**<br>**New York, NY 10271** |
| 26d.21. | **NYS Dept of Law/Investor**<br>**Office of the Attorney General**<br>**Investor Protection Bureau**<br>**28 Liberty Street, 15th Floor**<br>**New York, NY 10005** |
| 26d.22. | **Oklahoma Securities Department**<br>**204 N. Robinson Ave, Suite 400**<br>**Oklahoma City, OK 73102** |
| 26d.23. | **PA Dept of Banking & Securities**<br>**Market Square Plaza**<br>**17 N. Second St., Suite 1300**<br>**Harrisburg, PA 17101** |
| 26d.24. | **RBC Wealth Management**<br>**3550 Lenox Rd, Suite 1950**<br>**Atlanta, GA 30326** |
| 26d.25. | **U.S. Securities & Exchange Commission**<br>**Atlanta Regional Office**<br>**950 East Paces Ferry Rd NE, Suite 900**<br>**Atlanta, GA 30326** |
| 26d.26. | **TN Dept of Commerce & Ins**<br>**500 James Robertson Pkwy**<br>**Nashville, TN 37243-0565** |

| Debtor | **Kalos Capital, Inc.** | Case number *(if known)* | **22-58326** |
|--------|-------------------------|--------------------------|--------------|

| Name and address |
|---|

| 26d.27. | **Texas State Securities Board**<br>**PO Box 13167**<br>**Austin, TX 78711** |
|---|---|

| 26d.28. | **Utah Dept of Commerce**<br>**Division of Securities**<br>**PO Box 146760**<br>**Salt Lake City, UT 84114** |
|---|---|

| 26d.29. | **WI Division of Securities**<br>**PO Box 1768**<br>**Madison, WI 53701** |
|---|---|

| 26d.30. | **Office State Auditor Securities**<br>**1900 Kanawha Blvd. East**<br>**Bldg. 1, Room W-100**<br>**Charleston, WV 25305** |
|---|---|

| 26d.31. | **Wyoming Secretary of State**<br>**Compli Div-Herschler Bldg E**<br>**122 West 25th St, Ste 100**<br>**Cheyenne, WY 82001** |
|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carol Wildermuth** | **1263 Ponte Vedra Blvd**<br>**Ponte Vedra Beach, FL 32082** | **CFO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Wildermuth** | **1263 Ponte Vedra Blvd**<br>**Ponte Vedra Beach, FL 32082** | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Wildermuth** | **1263 Ponte Vedra Blvd**<br>**Ponte Vedra Beach, FL 32082** | **Trustee of the Nouveau Jour Trust - Owner** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Kalos Capital, Inc.** _____    Case number *(if known)* __22-58326__

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | 10/1/2021 $2,794.42, 11/1/2021 $2,794.42, 12/1/2021 $2,794.42, 1/1/2022 $2,802.00, 2/1/2022 $2,802.00, 3/1/2022 $2,802.00, 4/1/2022 $2,802.00, 5/1/2022 $2,802.00, 6/1/2022 $2,802.00, 7/1/2022 $2,802.00, 8/1/2022 $2,802.00, 9/1/2022 $2,802.00, and 10/1/2022 $2,802.00. | |
| | **Daniel Wildermuth 1263 Ponte Vedra Blvd Ponte Vedra Beach, FL 32082** | $36,403.26 | | **Kalos Capital's portion of salary as calculated for the expense sharing agreement** |
| | **Relationship to debtor Co-Owner** | | | |

Debtor    **Kalos Capital, Inc.**                                    Case number *(if known)*    22-58326

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | | 10/1/2021 $3,811.50, 11/1/2021 $3,811.50, 12/1/2021 $3,811.50, 1/1/2022 $3,830.00, 2/1/2022 $3,830.00, 3/1/2022 $3,830.00, 4/1/2022 $3,830.00, 5/1/2022 $3,830.00, 6/1/2022 3,830.00, 7/1/2022 $3,830.00, 8/1/2022 $3,830.00, 9/1/2022 $3,830.00, and 10/1/2022 $3,830.00. | |
| | Carol Wildermuth 1263 Ponte Vedra Blvd Ponte Vedra Beach, FL 32082 | $49,734.50 | | Kalos Capital's portion of salary as calculated for the expense sharing agreement |
| | **Relationship to debtor** Co-Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Kalos Financial, Inc.** **Kalos Capital, Inc. became a Qualified SubChapter S Subsidiary of Kalos Financial.** | EIN:    58-2650233 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **Kalos Capital, Inc.**                                              Case number *(if known)*    **22-58326**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 17, 2022**

**/s/ Carol Wildermuth**                                    **Carol Wildermuth**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name  **Kalos Capital, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-58326**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 17, 2022**          X **/s/ Carol Wildermuth**
_____          _____
                                            Signature of individual signing on behalf of debtor

                                            **Carol Wildermuth**
                                            _____
                                            Printed name

                                            **CFO**
                                            _____
                                            Position or relationship to debtor