**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| KALOS CAPITAL, INC., | Case No. 22-58326-SMS |
| Debtor. | |

**AMENDMENT TO SCHEDULES**

    **COMES NOW** Kalos Capital, Inc., as debtor and debtor in possession (the "**Debtor**") and

hereby amends its Schedule A/B and Schedule E/F to reflect the following:

| Schedule A/B | Amount |
|---|---|
| Non-Disclosure and Non-Solicitation Agreement – Kalos Capital, Kalos Management and Advisors Excel/Madison Avenue Securities | $0.00 |
| Office Transition Agreement – Kalos Financial and Arkadios Wealth Advisors LLC | $0.00 |

| Schedule E/F | Name and Address of Creditor | Basis of the Claim | Amount |
|---|---|---|---|
| Unsecured, Non-priority | Ann Watson c/o William B. Young, Jr., Esq. 801 N. Orange Ave., Ste 830 Orlando, FL 32801 | Arbitration Claim for Unsuitable recommendation by Financial Professional | $0.00 |

Dated: November 10, 2022

                        **BURR & FORMAN LLP**

                        /s/ Marc Solomon
                        Marc Solomon, Esq.
                        Georgia Bar No. 66630
                        msolomon@burr.com
                        Kelly E. Waits, Esq.

Georgia Bar No. 142677
kwaits@burr.com
171 17th Street NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

*Proposed Counsel for Debtor and Debtor-in-Possession*

2

| Fill in this information to identify the case: |
|---|

Debtor name   **Kalos Capital, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **22-58326**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **A/B and E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 10, 2022**          *X* **/s/ Carol Wildermuth**
                                                  Signature of individual signing on behalf of debtor

                                                  **Carol Wildermuth**
                                                  Printed name

                                                  **CFO**
                                                  Position or relationship to debtor

Official Form 202                          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  **Kalos Capital, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-58326**

■ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................  $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................  $     **1,086,966.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................  $     **1,086,966.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $     **12,286.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$     **2,014,286.38**

4. **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b  $     **2,026,572.38**

| Fill in this information to identify the case: |
|---|
| Debtor name  **Kalos Capital, Inc.** |
| United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)*  **22-58326** |

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.  **Renasant Bank** | **Checking** | **2441** | **$335,752.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$335,752.00** |
|---|---|

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1.  **National Financial Services - Custodian** | **$75,000.00** |
|---|---|

| 7.2.  **RBC - Custodian** | **$75,000.00** |
|---|---|

| Debtor | **Kalos Capital, Inc.** | Case number *(If known)* | **22-58326** |
|---|---|---|---|
| | Name | | |

| 7.3. | **MGL Consulting** | | **$7,500.00** |
|---|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$157,500.00

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less: 51,922.00  -  0.00  = ....  $51,922.00
face amount    doubtful or uncollectible accounts

**Business Residuals**
11a. 90 days old or less: 50,000.00  -  0.00  = ....  $50,000.00
face amount    doubtful or uncollectible accounts

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$101,922.00

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:    % of ownership

| 15.1. | **GPB Automotive** | **100** % | **N/A** | **$141,236.00** |
|---|---|---|---|---|
| 15.2. | **GPB Holding II** | **100** % | **N/A** | **$340,556.00** |
| 15.3. | **GPB Holding I** | **100** % | **N/A** | **$0.00** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Debtor | **Kalos Capital, Inc.** | Case number *(If known)* **22-58326** |
| | Name | |

Describe:

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| $481,792.00 |
| --- |

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

---

Debtor    **Kalos Capital, Inc.**                                                Case number *(If known)* **22-58326**
_____
Name

| **Andrew Long - Note** | **144,754.00** - | **134,754.00** = | **$10,000.00** |
| | Total face amount | doubtful or uncollectible amount | |

---

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Non-Disclosure and Non-Solicitation Agreement - Kalos Capital, Kalos Management and Advisors Excel/Madison Avenue Securities**                                                                                    **$0.00**
Nature of claim    _____
Amount requested    **$0.00**

---

**Office Transition Agreement - Kalos Financial and Arkadios Wealth Advisors LLC**                                                       **$0.00**
Nature of claim    _____
Amount requested    **$0.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                     | **$10,000.00** |
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Kalos Capital, Inc.**                                        Case number *(If known)*  **22-58326**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $335,752.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $157,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $101,922.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $481,792.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,086,966.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,086,966.00 |

---

| Fill in this information to identify the case: |
|---|

Debtor name  **Kalos Capital, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **22-58326**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Michael Haffling**<br>**10760 West 143 St., Ste. 64**<br>**Orland Park, IL 60462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,400.00** | **$5,400.00** |
|  | Date or dates debt was incurred<br>**8/18/2022** | Basis for the claim:<br>**Agreement for 1099 Contractors** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Patrick Strubbe**<br>**700 Saturn Parkway**<br>**Columbia, SC 29212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,996.00** | **$4,996.00** |
|  | Date or dates debt was incurred<br>**8/22/2022** | Basis for the claim:<br>**Agreement for 1099 Contractors** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,436.00 | $1,436.00 |
|---|---|---|---|---|

**Timothy Zimcosky**
**37617 Pembroke Avenue**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/29/2022**

Basis for the claim:
**Agreement for 1099 Contractors**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.00 | $454.00 |
|---|---|---|---|---|

**Zachary Zimcosky**
**37617 Pembroke Avenue**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/29/2022**

Basis for the claim:
**Agreement for 1099 Contractors**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Agee Family Trust, Deep and Ra**
**2886 Wild Ginger Ct**
**Winter Park, FL 32792**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  11/1/2021

Last 4 digits of account number

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.00 |
|---|---|---|---|

**Albridge Solutions, Inc.**
**1800 American Blvd, Ste. 300**
**Pennington, NJ 08534**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/7/2022

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ann Watson**
**c/o William B. Young, Jr., Esq**
**801 N. Orange Ave., Ste 830**
**Orlando, FL 32801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kalos Capital, Inc.** | | Case number (if known) | **22-58326** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | Nonpriority creditor's name and mailing address

**Ashley Rousseau**
**7 Dunlap Drive**
**Bedford, NH 03110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by
Financial Professional

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**Brian Uretzky & Erin Lavidor**
**c/o Haselkorn and Thibaut, P.A**
**375 South County Rd, Ste 220**
**Palm Beach, FL 33480**

Date(s) debt was incurred  3/8/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                        **$140,000.00**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by
Financial Professional

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**Catherine Stephenson**
**221 Redwood Drive**
**Coppell, TX 75019**

Date(s) debt was incurred  4/1/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by
Financial Professional

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Charles Roth**
**4349 Briggs Ave**
**The Villages, FL 32163**

Date(s) debt was incurred  3/30/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by
Financial Professional

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Christine Mescia**
**3 Finch Place Apt 3B**
**Huntington, NY 11743**

Date(s) debt was incurred  10/26/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                        **$535,000.00**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by
Financial Professional

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**David Baublits**
**478 Dungeness Dr Fl**
**Fox Island, WA 98333**

Date(s) debt was incurred  7/30/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by
Financial Professional

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Denise Callahan**
c/o Peiffer Wolf Carr Kane Con
95 Allens Crk Rd Bldg 1 Ste150
Rochester, NY 14618

Date(s) debt was incurred  9/29/2021

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gary Armentrout**
7367 Mission Hills Drive
Las Vegas, NV 89113

Date(s) debt was incurred  6/17/2022

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |

**Geraldine O'Brien**
703 Clayton Circle
Coppell, TX 75019

Date(s) debt was incurred  4/1/2022

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ginger Smith**
500 Woodlake Drive
Coppell, TX 75019

Date(s) debt was incurred  4/1/2022

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Harriette Isom**
6934 Flat Creek Rd
College Grove, TN 37046

Date(s) debt was incurred  2/7/2022

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Arbitration Claim for Unsuitable recommendation by Financial Professional

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |

**JAMS, Inc.**
PO Box 845402
Los Angeles, CA 90084

Date(s) debt was incurred  9/12/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Provided Services

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  4 of 12

| Debtor | **Kalos Capital, Inc.** | Case number (*if known*) | **22-58326** |
|---|---|---|---|
| | Name | | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,500.00 |
|---|---|---|---|

**Janice Stroh**
**11328 Vipond Dr NW**
**Gig Harbor, WA 98329**

Date(s) debt was incurred  **9/1/2022**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John & Sue Hutchins**
**137 Bay Street**
**Wolfeboro, NH 03894**

Date(s) debt was incurred  **6/17/2022**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathleen Parker**
**63 Dogwood Rd**
**Washington, NC 27889**

Date(s) debt was incurred  **9/29/2021**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Klenell Jensen**
**2961 Catiland Ct.**
**Salt Lake City, UT 84121**

Date(s) debt was incurred  **11/1/2021**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,000.00 |
|---|---|---|---|

**Lee Beitchman**
**1570 Penwood Trace**
**Marietta, GA 30068**

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $999.65 |
|---|---|---|---|

**MSRB**
**PO Box 79864**
**Baltimore, MD 21279-0864**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Regulatory Charge**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$653,894.37** |
|---|---|---|---|

**Pamela Gordan as Trustee for**
**1650 S. Williamston Rd**
**Williamston, MI 48895**

Date(s) debt was incurred  8/18/2021

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110,000.00** |
|---|---|---|---|

**Randall & Jennifer Cullen**
**6710 Woodgate Rd**
**Middleton, WI 53562**

Date(s) debt was incurred  12/3/2021

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,027.74** |
|---|---|---|---|

**RegEd**
**24969 Network Place**
**Chicago, IL 60673-1249**

Date(s) debt was incurred  9/19/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Provided Services via Technology Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Watson**
**1101 Murray Creek Ln**
**Franklin, TN 37069**

Date(s) debt was incurred  6/17/2022

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ronald & Patricia Crouch**
**2117 Roayl Pines Dr**
**New Bern, NC 28560**

Date(s) debt was incurred  9/29/2021

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ronald Biggs**
**2070 Royal Pines Dr**
**New Bern, NC 28560**

Date(s) debt was incurred  9/29/2021

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Kalos Capital, Inc.** | | Case number (if known) | **22-58326** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra Goldschein**
**9338 E. Cherrywood Drive**
**Sun Lakes, AZ 85248**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/17/2022

Last 4 digits of account number  _

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Netzel**
**10450 E. Riggs Rd, Ste. 101**
**Sun Lakes, AZ 85248**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/13/2021

Last 4 digits of account number  _

Basis for the claim:  **Alleged Reputational Damages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,500.00 |
|---|---|---|---|

**Steve Zeece**
**205 Burke Avenue W.**
**Roseville, MN 55113**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  2/8/2022

Last 4 digits of account number  _

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven & Deborah MacLean**
**275 Merrymount Court**
**Suwanee, GA 30024**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  7/21/2021

Last 4 digits of account number  _

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,564.62 |
|---|---|---|---|

**Taylor Communication**
**PO Box 840655**
**Dallas, TX 75284-0655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number  _

Basis for the claim:  **Provided Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas and Cynthia Cochrane**
**102 Ketch Court, PO Box 144**
**Oriental, NC 28571**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/29/2021

Last 4 digits of account number  _

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Jones**
**921 Crooked Creek Dr**
**New Bern, NC 28560**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/29/2021**

Last 4 digits of account number  _

Basis for the claim:  **Arbitration Claim for Unsuitable recommendation by Financial Professional**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Alan Rosca<br>Rocco Scarlato LLC<br>23250 Chagrin Blvd., Ste. 100<br>Beachwood, OH 44122 | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Alan Rosca<br>Rocco Scarlato LLC<br>23250 Chagrin Blvd., Ste. 100<br>Beachwood, OH 44122 | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Alan Rosca<br>Rocco Scarlato LLC<br>23250 Chagrin Blvd., Ste. 100<br>Beachwood, OH 44122 | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Andrew M. Greenridge, Esq.<br>EPPERSON & GREENIDGE, P.A.<br>20 South Olive Street, Ste 304<br>Media, PA 19063 | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Andrew M. Greenridge, Esq.<br>EPPERSON & GREENIDGE, P.A.<br>20 South Olive Street, Ste 304<br>Media, PA 19063 | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Brian Edwin Lahti<br>Lahti Helfgott LLC<br>299 Main Street, Ste. 1300<br>Salt Lake City, UT 84111 | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Christa Hibbard<br>Peiffer Wolf Carr Kane Conway<br>1150-J Pittsford Victor Rd<br>Pittsford, NY 14534 | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Dietrich P. Epperson, Esq.<br>EPPERSON & GREENIDGE, P.A.<br>20 South Olive Street, Ste 304<br>Media, PA 19063 | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | Dietrich P. Epperson, Esq.<br>EPPERSON & GREENIDGE, P.A.<br>20 South Olive Street, Ste 304<br>Media, PA 19063 | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Kalos Capital, Inc.** | Case number (if known) | **22-58326** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Gary S. Menzer**<br>**Menzer & Hill, P.A.**<br>**7280 W Palmetto Pk Rd, Ste 203**<br>**Boca Raton, FL 33433** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**1150-J Pittsford Victor Rd**<br>**Pittsford, NY 14534** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Grace A. Hancock**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Kalos Capital, Inc.** | | Case number (if known)    **22-58326** |
|--------|---------------------------|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.22 **James P. Lucking**<br>**Lucking LLC**<br>**185 Devonshire Street, Ste 601**<br>**Boston, MA 02110** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**1150-J Pittsford Victor Rd**<br>**Pittsford, NY 14534** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 **Jason J. Kane**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 **Jason S. Haselkorn, Esq.**<br>**Haselkorn and Thibaut, P.A.**<br>**375 South County Rd, Ste 220**<br>**Palm Beach, FL 33480** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 **Jason S. Haselkorn, Esq.**<br>**Haselkorn and Thibaut, P.A.**<br>**375 South County Rd, Ste 220**<br>**Palm Beach, FL 33480** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 **Jeffrey R. Sonn, Esq.**<br>**Sonn Law Group**<br>**19475 Biscayne Blvd., Ste. 607**<br>**Aventura, FL 33180** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 **Matthew N. Thibaut Esq.**<br>**Haselkorn and Thibaut, P.A.**<br>**375 South County Rd, Ste 220**<br>**Palm Beach, FL 33480** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Kalos Capital, Inc.** | | Case number *(if known)* | **22-58326** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.34 | **Matthew N. Thibaut Esq.**<br>**Haselkorn and Thibaut, P.A.**<br>**375 South County Rd, Ste 220**<br>**Palm Beach, FL 33480** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 | **N. Nancy Ghabai**<br>**Ghabai Law Group LLC**<br>**265 Franklin Street, Ste 1702**<br>**Boston, MA 02110** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 | **Nicholaus J. Guiliano, Esq.**<br>**The Guiliano Law Group, P.C.**<br>**1700 Market Street, Ste. 1005**<br>**Philadelphia, PA 19103** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 | **Paul Scarlato**<br>**Rocco Scarlato LLC**<br>**161 Washington St, Ste 1025**<br>**Conshohocken, PA 19428** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Paul Scarlato**<br>**Rocco Scarlato LLC**<br>**161 Washington St, Ste 1025**<br>**Conshohocken, PA 19428** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Paul Scarlato**<br>**Rocco Scarlato LLC**<br>**161 Washington St, Ste 1025**<br>**Conshohocken, PA 19428** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Sam B. Edwards**<br>**Shepherd, Smith, Edwards & Kan**<br>**1010 Lamar St, Ste 900**<br>**Houston, TX 77002** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 | **Tom DeBow**<br>**Peiffer Wolf Carr Kane Conway**<br>**95 Allens Crk Rd Bldg 1 Ste150**<br>**Rochester, NY 14618** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Kalos Capital, Inc. | | Case number (if known) | 22-58326 |
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.46 **Tom DeBow** **Peiffer Wolf Carr Kane Conway** **95 Allens Crk Rd Bldg 1 Ste150** **Rochester, NY 14618** | Line __3.34__ ☐ Not listed. Explain ____ | _ |
| 4.47 **William B. Young, Jr., Esq.** **Colling Gilbert Wright &Carter** **801 N. Orange Ave., Ste 830** **Orlando, FL 32801** | Line __3.1__ ☐ Not listed. Explain ____ | _ |
| 4.48 **William B. Young, Jr., Esq.** **Colling Gilbert Wright &Carter** **801 N. Orange Ave., Ste 830** **Orlando, FL 32801** | Line __3.20__ ☐ Not listed. Explain ____ | _ |
| 4.49 **William B. Young, Jr., Esq.** **Colling Gilbert Wright &Carter** **801 N. Orange Ave., Ste 830** **Orlando, FL 32801** | Line __3.3__ ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 12,286.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,014,286.38 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 2,026,572.38 |